# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 09cr2710-BTM |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| MARLA LAREE CANIGLIA, | |
| Defendant. | |

The Joint Motion to Continue the Sentencing Hearing [docket entry 229] is hereby GRANTED.  The sentencing hearing currently set for April 19, 2010 at 10:30 a.m. is continued to May 28, 2010 at 11:00 a.m.

IT IS SO ORDERED.

DATED:  April 9, 2010

Honorable Barry Ted Moskowitz
United States District Judge